UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED   May 2011
DOC #:
DATE FILED: 8-16-11
```

------------------------------------------------------X

*Feldman*                           Plaintiff(s),

                -against-                         **NOTICE OF INITIAL**
                                                  **COURT CONFERENCE**

                                                  11 CV 494 (VB)

*Sanders Segal*   Defendant(s).

------------------------------------------------------X

To: The Attorney(s) for Plaintiff(s)
Counsel for all parties herein shall attend a conference at the time and place fixed below for the purpose of Case Management and scheduling pursuant to Fed.R.Civ.P.16:

9-21-11 at 9:30 a.m.

**A.M. AT THE UNITED STATES COURTHOUSE, WHITE PLAINS, NEW YORK, IN COURTROOM 620.**

**PLAINTIFF OR ATTORNEY FOR PLAINTIFF(S) IS DIRECTED TO NOTIFY ALL PARTIES IN WRITING, UNLESS THE CASE HAS BEEN REMOVED FROM STATE COURT, IN WHICH CASE COUNSEL FOR THE REMOVING DEFENDANT(S) SHALL NOTIFY ALL PARTIES.**

<u>SUBJECTS FOR CONSIDERATION AT THE CONFERENCE</u>:

1. The Court will request from each attorney, beginning with Plaintiff's counsel, a brief oral statement reporting the status of the case, setting forth the factual and legal basis for the claims or defenses and outlining the nature of the dispute(s) to be adjudicated. Subject matter jurisdiction will be considered, as well as any other issue which may be relevant to case management.

2. In cases where Fed.R.Civ.P. 26(f) applies, counsel for the parties shall confer in compliance therewith at least twenty-one (21) days prior to the scheduled conference to agree upon a proposed discovery plan which shall assure trial readiness within six (6) months of the date of the conference. If so advised, a written report generated pursuant to Rule 26(f) may be attached to and incorporated in the Court's Civil Case Discovery Plan and Scheduling Order. A longer period than six months to become ready for trial will be granted by the Court only after hearing counsel, and where the interests of justice require. Please fill out the Court's form of Civil Case Discovery Plan and Scheduling Order by agreement of counsel and bring it with you to the Courthouse. Use of the official form is preferred. In the absence of an agreement, the Court will impose its own Civil Case Discovery Plan and Scheduling Order at the conference after hearing counsel.

3. Where there is written consent to trial before the Magistrate Judge, trial will be held on an agreed date certain, and the Magistrate Judge will prepare or amend the Civil Case Discovery Plan and Scheduling Order consistently with such date.

Dated: White Plains, New York

8-16-11

_____
Donna Hilbert, Deputy Clerk

UNITED STATES DISTRICT COURT  Rev. May, 2011
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                              CIVIL CASE DISCOVERY PLAN
                              Plaintiff(s),                   AND SCHEDULING ORDER

        - against -


                              Defendant(s).

------------------------------------------------------------x

        The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure.

The case (is) (is not) to be tried to a jury.

Joinder of additional parties must be accomplished by _____.

Amended pleadings may be filed until _____.

**Discovery:**

1.  Interrogatories are to be served by all counsel no later than _____, and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 (shall) (shall not) apply to this case.

2.  First request for production of documents, if any, to be served no later than _____.

3.  Depositions to be completed by _____.

    a.  Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.
    b.  Depositions shall proceed concurrently.
    c.  Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

4.  Any further interrogatories, including expert interrogatories, to be served no later than _____.

5.  Requests to Admit, if any to be served no later than _____.

6.  Additional provisions relating to discovery agreed upon by counsel for the parties (are) (are not) attached and made a part hereof.

7.  All discovery is to be complete by _____.

Any motions should be filed in accordance with the Court's Individual Practices.

Next Case Management Conference _____.
(This date will be set by the Court at the first conference)

This case has been designated to the Hon. *George A. Yanthis*, United States Magistrate Judge at White Plains for discovery disputes if the Court is "unavailable" and for trial under 28 U.S.C. § 636(c) if counsel execute their consent in writing.

This Plan and Order may not be changed without leave of the Court or the assigned Magistrate Judge acting under a specific reference order.

Upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed date.

SO ORDERED.

Dated: White Plains, New York

_____
Vincent L. Briccetti
United States District Judge